Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number (if known) _____ Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Rubie's Costume Company, Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 112289830 |
| 4. | Debtor's address | **Principal place of business**<br><br>1770 Walt Whitman Road<br>Melville, NY 11747<br>Number, Street, City, State & ZIP Code<br><br>Suffolk<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.rubies.com |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Rubie's Costume Company, Inc.**  Case number (*if known*) _____
　　　　　Name

| 7. | Describe debtor's business | **A. Check one:** |
|---|---|---|
|  |  | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
|  |  | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
|  |  | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
|  |  | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
|  |  | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
|  |  | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
|  |  | ☑ None of the above |

**B. Check all that apply**

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**3159**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  __Rubie's Costume Company, Inc.__          Case number (if known) _____
      Name

**11. Why is the case filed in this district?**

Check all that apply:

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
- [ ] No
- [ ] Yes.  Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [ ] 1-49
- [ ] 50-99
- [ ] 100-199
- [x] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [x] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [x] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

| Debtor | Rubie's Costume Company, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/30/2020
              MM / DD / YYYY

X  /s/ Marc P. Beige                          Marc P. Beige
   Signature of authorized representative of debtor    Printed name

Title   President

**18. Signature of attorney**

X  /s/ Frank A. Oswald                        Date  04/30/2020
   Signature of attorney for debtor                 MM / DD / YYYY

Frank A. Oswald, Esq.                         Edward J. LoBello, Esq.,
Brian Moore, Esq.                             Howard B. Kleinberg, Esq.,
                                              Jordan Weiss, Esq.
Printed name

Togut, Segal & Segal LLP                      Meyer, Suozzi, English & Klein P.C.
Firm name

One Penn Plaza, Suite 3335                    990 Stewart Avenue, Suite 300
New York, NY 10119                            Garden City, NY 11530
Number, Street, City, State & ZIP Code

Contact phone   212 594-5000        Email address   frankoswald@teamtogut.com

FAO 1223 NY
Bar number and State

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed, including the debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of New York (the "Court"). A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated from procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, under the case number assigned to the chapter 11 case of Rubie's Costume Company, Inc.

| Debtor | Case Number | Date Filed |
|---|---|---|
| Rubie's Costume Company, Inc. | 20-____ (___) | April 30, 2020 |
| Forum Novelties Inc. | 20-____ (___) | April 30, 2020 |
| Buyseasons Enterprises, LLC | 20-____ (___) | April 30, 2020 |
| Masquerade, LLC | 20-____ (___) | April 30, 2020 |
| The Diamond Collection LLC | 20-____ (___) | April 30, 2020 |
| Rubie's Masquerade Company LLC | 20-____ (___) | April 30, 2020 |

4384738

**UNANIMOUS WRITTEN CONSENT
OF THE
BOARD OF DIRECTORS
OF
RUBIE'S COSTUME COMPANY, INC.**

**Pursuant to Section 708(b) of the Business Corporation Law of the State of New York**

The undersigned, being all of the members of the Board of Directors (the "Board") of Rubie's Costume Company, Inc., a New York corporation (the "Company"), do hereby waive the calling and convening of a meeting of the Board, and consent to the adoption of the following resolutions and all of the actions prescribed therein, pursuant to Section 708(b) of the Business Corporation Law of the State of New York:

RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, shareholders, employees, and other interested parties and stakeholders, that a petition be filed by the Company in the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court") on or about April 30, 2020, commencing a reorganization (the "Reorganization") under chapter 11, seeking relief under the provisions of the Bankruptcy Code; and it is further

RESOLVED, that Marc P. Beige and Howard J. Beige (the "Authorized Persons") be, and hereby are, jointly authorized and directed (and each of the following as applicable to the extent previously performed is hereby ratified and approved), in the name of the Company and on its behalf, to take such actions as the Authorized Persons may jointly deem necessary or advisable; and it is further

RESOLVED, that the Authorized Persons be, and hereby are, jointly authorized and directed to employ the law firms of Meyer, Suozzi, English, & Klein, P.C. ("Meyer Suozzi") and Togut, Segal & Segal LLP (the "Togut Firm") as bankruptcy counsel to represent and assist the Company in connection with the chapter 11 case and in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and, in connection therewith, the Authorized Persons be, and hereby are, jointly authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and/or immediately upon the filing of the Company's chapter 11 case, and cause to be filed appropriate applications for authority to retain the services of Meyer Suozzi and the Togut Firm; and it is further

RESOLVED, that the Authorized Persons be, and hereby are, jointly authorized and directed to employ BDO USA, LLP ("BDO USA") as financial advisors to assist the Company in connection with the Reorganization and the chapter 11 case and in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations; and, in connection therewith, the Authorized Persons be, and hereby are, jointly authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and/or immediately upon the filing of the Company's chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of BDO USA; and it is further

RESOLVED, that the Authorized Persons be, and hereby are, jointly authorized and directed to employ SSG Capital Advisors, LLC ("SSG Capital Advisors") as investment banker to assist the Company in connection with the Reorganization and the chapter 11 case and in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations; and, in connection therewith, the Authorized Persons be, and hereby are, jointly authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and/or immediately upon the filing of the Company's chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of SSG Capital Advisors; and it is further

RESOLVED, that the Authorized Persons be, and hereby are, jointly authorized and directed, in the name of the Company and on its behalf, to seek such orders from the Bankruptcy Court, including, but not limited to, orders regarding the operation of the business of the Company and the financing thereof, as they jointly deem necessary, appropriate, or advisable during the pendency of the Reorganization, and, in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits, or other materials as the Authorized Persons jointly deem necessary, appropriate, or advisable and to retain all assistance from legal counsel, accountants, investment bankers, and other professionals, and to take any and all actions, that they deem necessary, appropriate, or advisable in connection with the Reorganization; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by the Authorized Persons to seek relief under chapter 11 of the Bankruptcy Code or in connection with the Company's chapter 11 case, or any matter related thereto, be, and they hereby are, authorized, approved, ratified, and confirmed in all respects as the acts and deeds of the Company; and it is further

RESOLVED, that the Authorized Persons be, and hereby are, jointly authorized, empowered, and directed, in the name of the Company and on its behalf, to do or cause to be done all such further acts and to execute, deliver, and seal all such other documents, agreements, instruments, undertakings, or certificates, and to pay all expenses, including filing fees, in each case as the Authorized Persons jointly deem to be necessary or advisable to fully consummate the Reorganization and to carry into effect or implement the purpose and intent of the foregoing resolutions; and it is further

RESOLVED, that all acts, actions, and transactions previously taken by any shareholder, director, officer, employee, or agent of the Company regarding or relating to the Reorganization or the subject matter of any and all of the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby authorized, ratified, approved, and confirmed in all respects.

This Unanimous Written Consent may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed one in the same instrument. A signed copy of this Unanimous Written Consent by facsimile, email or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Unanimous Written Consent.

[Signature Page Follows]

Case 8-20-71970-ast    Doc 1    Filed 04/30/20    Entered 04/30/20 19:47:46

IN WITNESS WHEREOF, the undersigned have signed this Written Consent as of the 30th day of April, 2020.

/s/ Marc P. Beige
Marc P. Beige
Director

/s/ Howard J. Beige
Howard J. Beige
Director

/s/ Maxine Beige
Maxine Beige
Director

[Signature Page to Unanimous Written Consent of the Board of Directors of Rubie's Costume Company, Inc.]
4384523

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
                                                    : Case No.
RUBIE'S COSTUME COMPANY, INC., *et al.*             : (Pending Joint Administration)
                                                    :
                    Debtors.                        :
                                                    :
------------------------------------------------------------- x

### LIST OF CREDITORS HOLDING LARGEST SECURED CLAIMS

The following is a list of those creditors holding the 5 largest secured claims against the Debtors, on a consolidated basis, as of April 30, 2020.

This list has been prepared from the Debtors' books and records for filing in the Debtors' chapter 11 cases in accordance with Local Rule 1007.

The information set forth herein shall not constitute an admission of liability by, nor is binding on, the Debtors and the failure to list a claim as contingent, disputed, or subject to set off shall not be a waiver of any of the Debtors' rights relating thereto.

| Lender/Address | Claim | Description of Collateral |
|---|---|---|
| HSBC Bank USA, NA<br>c/o William J. Brown, Esq.<br>Phillips Lytle LLP<br>One Canalside<br>125 Main Street<br>Buffalo, NY  14203-2887 | $11,929,787.25 | Substantially all assets including inventory and accounts. |
| Bank of America, NA<br>c/o William J. Brown, Esq.<br>Phillips Lytle LLP<br>One Canalside<br>125 Main Street<br>Buffalo, NY  14203-2887 | $9,941,489.36 | Substantially all assets including inventory and accounts. |
| Wells Fargo Bank, NA<br>c/o William J. Brown, Esq.<br>Phillips Lytle LLP<br>One Canalside<br>125 Main Street<br>Buffalo, NY  14203-2887 | $8,450,265.95 | Substantially all assets including inventory and accounts. |

| | | |
|---|---|---|
| JP Morgan Chase Bank, NA<br>c/o William J. Brown, Esq.<br>Phillips Lytle LLP<br>One Canalside<br>125 Main Street<br>Buffalo, NY  14203-2887 | $6,461,968.08 | Substantially all assets including inventory and accounts. |
| TD Bank, NA<br>c/o William J. Brown, Esq.<br>Phillips Lytle LLP<br>One Canalside<br>125 Main Street<br>Buffalo, NY  14203-2887 | $5,467,819.15 | Substantially all assets including inventory and accounts. |
| Citibank, NA<br>c/o William J. Brown, Esq.<br>Phillips Lytle LLP<br>One Canalside<br>125 Main Street<br>Buffalo, NY  14203-2887 | $4,473,670.21 | Substantially all assets including inventory and accounts. |

**DECLARATION UNDER PENALTY OF PERJURY:**

I, the undersigned authorized signatory on behalf of the Debtors, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Largest Secured Claims and that the list is true and correct to the best of my information and belief.

Dated: April 30, 2020

/s/ Marc P. Beige
By: Marc P. Beige
Title: Authorized Signatory

Consolidated Top 30 Unsecured Creditors - Rubies Costume Co. Inc. et al.
($ in USD)

| Rank | Entity | Essential Vendors' Name | Street Address 1 | Street Address 2 | City | State | ZIP Code | Country/Reg on | Nature of the Claim | Amount of Prepetition claim ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Rubie's | WARNER BROS. | 4000 WARNER BOULEVARD | | BURBANK | CA | 91522 | | Licensing Fees | 1,859,226.75 |
| 2 | Rubie's | WUYI JINGJIE CLOTHING CO., LTD | NO. 41 KAI FA AVENUE | BAI HUA SHAN INDUSTRIAL ZONE | ZHEJIANG | | 321200 | CN | Foreign Vendor | 1,114,567.98 |
| 3 | Rubie's | SUN WAH JIAN XING PLASTIC MANUFACTORY | NO. 35 SAU SUN NEW VILKGE | INDUSTRIAL AREA | SHENZHEN | | | CN | Foreign Vendor | 1,053,562.71 |
| 4 | Rubie's | MARS HILL INTERNATIONAL LIMITED | 3RD FLOOR NO. 10 TANGXIACHONG INDUSTRY STRE | SONGGANG TOWN | GUANGDONG | | | CN | Foreign Vendor | 1,023,248.20 |
| 5 | Buyseasons | FEDEX | 942 SHADY GROVE ROAD | | MEMPHIS | TN | 38120 | | Trade Debt | 1,031,939.14 |
| 6 | Rubie's | MARVEL | 500 S. BUENA VISTA STREET | | BURBANK | CA | 91505 | | Licensing Fees | 850,606.75 |
| 7 | Buyseasons | AMSCAN | 80 GRASSLANDS ROAD | | ELMSFORD | NY | 10523 | | Trade Debt | 574,324.42 |
| 8 | Rubie's | CHANGZHOU SUNWOOD INTERNATIONAL TRADING CO., LTD | ROOM, #2101 | XINHUI BUILDING #591 TONGJIANG AVENUE | JIANGSU | | | CN | Foreign Vendor | 545,132.87 |
| 9 | Rubie's | JINHUAZHIHOU GARMENT CO., LTD. | SMALL COMMODITIES INDUSTRIAL PARK, XIAOSHU | JINDONG DISTRICT, JINHUA | ZHEJIANG | | 321035 | CN | Foreign Vendor | 515,141.15 |
| 10 | Rubie's | ADRENAL LLC | 415 9TH AVENUE N | | SEATTLE | WA | 95109 | | Third Party Sales Commision | 453,874.66 |
| 11 | Rubie's | ZHEJIANG CHINABASE IMPEX CO., LTD | UNIT C 12/F MING YANG BL | 18 JIEFANG ROAD | SHANGHAI | | | CN | Foreign Vendor | 433,705.27 |
| 12 | Rubie's | ZHE JIANG WELLFULL IMPORT AND EXPORT CO. LTD. | 2/F, YANGBAO BUILDING | XING YI ROAD YU HANG DISTRICT | HANGZHOU | | 311100 | CN | Foreign Vendor | 431,129.91 |
| 13 | Rubie's | SHENZHEN XINHUA LITE PLASTICS PRODUCTS LIMITED COMPANY | NO. 37 XIA PO VILLAGE, | LONG TIAN, KENGZI,PINGSHAN | SHENZHEN GUANGDONG | | | CN | Foreign Vendor | 404,805.76 |
| 14 | Rubie's | HUANGSHAN SEA AND SAND CO., LTD. | 22 XIN HANG ROAD | CHENG BEI INDUSTRIAL ZONE | AN HUI PROVINCE | | | CN | Foreign Vendor | 391,842.35 |
| 15 | Rubie's | PANAN RIKANG COSTUME CO., LTD. | 2321 OGDEN AVE | | DOWNERS GROVE | IL | 60515 | | Foreign Vendor | 387,749.59 |
| 16 | Rubie's | ZHEJIANG PANAN COMBAAL CLOTHING CO., LTD. | FU HUA YUAN | XINCHENG DISTRICT | ZHEJIANG | | | CN | Foreign Vendor | 355,511.87 |
| 17 | Rubie's | ACTIVE MARKETING GROUP INC | 4640 GULFSTARR DRIVE | | DESTIN | FL | 32541 | | Third Party Sales Commision | 369,565.00 |
| 18 | Buyseasons | GOOGLE | 1600 AMPHITHEATRE PARKWAY | | MOUNTAIN VIEW | CA | 90453 | | Trade Debt | 254,493.47 |
| 19 | Rubie's | PANAN LUOLAN ARTS AND CRAFTS CO., LTD. | NO. 19 SHANGHU INDUSTRIAL FUNCTION ZONE | PANAN COUNTY | ZHEJIANG | | | CN | Foreign Vendor | 241,075.44 |
| 20 | Rubie's | SUNRISE PARTY PRODUCTS COMPANY LIMITED | RM B1 7/F, | CHEUNG FAT BUILDING | KOWLOON | | | HK | Foreign Vendor | 228,303.65 |
| 21 | Rubie's | YIWU PARTYLAND COSTUMES CO., LTD. | 6TH FLOOR AREA A NO. 7 BUILDING | NAN WU ROAD | ZHEJIANG | | 321035 | CN | Foreign Vendor | 216,648.88 |
| 22 | Rubie's | DONG YANG XINGBANG CULTURAL AND CREATIVE CO., LTD. | NO. 38 XINCHAO ROAD GARMENTS INDUSTRIAL ZON | ECONOMIC DEVELOPMENT ZONE | ZHEJIANG PROVINCE | | 32200 | CN | Foreign Vendor | 215,955.22 |
| 23 | Buyseasons | UNIQUE INDUSTRIES INC. | 4750 LEAGUE ISLAND BOULEVARD | | PHILADELPHIA | PA | 19112 | | Trade Debt | 212,069.68 |
| 24 | Buyseasons | CREATIVE CONVERTING | 255 SPRING STREET | | CLINTONVILLE | WI | 54929 | | Trade Debt | 185,960.56 |
| 25 | Rubie's | ZHENJIANG LIAN YEW | NO.12, HENGYUAN ROAD | DANTU INDUSTRIAL PARK | ZHENJIANG, JIANGSU | | | CN | Foreign Vendor | 181,413.80 |
| 26 | Rubie's | NINGBO ELITER IMPORT AND EXPORT CO. LTD. | RM906, NO.311 | JIANGNAN YIPIN PLAZA | NINGBO | | | CN | Foreign Vendor | 176,838.69 |
| 27 | Rubie's | ANHUI DINGHUI TOYS | 2984 LUCHAO ROAD | LUJIANG COUNTY | ANHUI | | | CN | Foreign Vendor | 159,309.95 |
| 28 | Rubie's | DONGYANG TANKE | 100 SHIMAODADAO | | DONGYANG JINHUA CITY | | 321000 | CN | Foreign Vendor | 159,018.30 |
| 29 | Forum | ERRIC SORELLE STUDIOS LTD. | 215 W. HOFFMAN AVENUE | | LINDENHURST | NY | 11757 | | Trade Debt | 154,592.52 |
| 30 | Rubie's | DONGYANG KEXIN | NO. 278 HANNING RD (W) | DONGYANG CITY | ZHEJIANG | | | CN | Foreign Vendor | 146,915.30 |

Fill in this information to identify the case:

Debtor name: **Rubie's Costume Company, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration    List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/30/20         X  /s/ Marc P. Beige
                                  Signature of individual signing on behalf of debtor

                                  Marc P. Beige
                                  Printed name

                                  President
                                  Position or relationship to debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:                                               : Chapter 11
                                                     :
RUBIE'S COSTUME COMPANY, INC.,                       : Case No.
                                                     :
                        Debtor.                      :
                                                     :

---

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-3

Rubie's Costume Company, Inc. (the "Debtor") submits its Local Rule 1073-3 disclosure statement as follows:

No corporation directly or indirectly owns any class of the Debtor's equity interests.

Executed on this 30th' day of April, 2020

Marc P. Beige, President

/s/ Marc P. Beige

4372760