MEYER, SUOZZI, ENGLISH & KLEIN, P.C.  
Edward J. LoBello  
Howard B. Kleinberg  
Jordan D. Weiss  
990 Stewart Avenue, Suite 300  
Garden City, New York 11530  
(516) 741-6565  

TOGUT, SEGAL & SEGAL LLP  
Frank A. Oswald  
Brian F. Moore  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
---------------------------------------------------------------x  
                                                                               :  
In re:                                                                      :   Chapter 11  
                                                                               :  
RUBIE'S COSTUME COMPANY, INC., *et al.*     :   Case Nos. 20-71970 thru 20-71975 (AST)  
                                                                               :  
                              Debtors.                           :   (Proposed for Joint Administration)  
                                                                               :  
---------------------------------------------------------------x  

## NOTICE OF COMMENCEMENT OF CHAPTER 11 CASES AND HEARING TO CONSIDER "FIRST DAY" MOTIONS

**PLEASE TAKE NOTICE** that, on April 30, 2020, Rubie's Costume Company, Inc. ("Rubies"), Forum Novelties Inc. ("Forum"), Buyseasons Enterprises, LLC ("Buyseasons"), Masquerade, LLC ("Masquerade"), The Diamond Collection LLC ("Diamond Collection"), and Rubie's Masquerade Company LLC ("Rubie's Masquerade"), Debtors and Debtors-in-Possession (collectively, the "Debtors"), each having filed a voluntary petition for reorganization under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York;

**PLEASE TAKE FURTHER NOTICE THAT A TELEPHONIC HEARING HAS BEEN SCHEDULED FOR MAY 5, 2020 AT 3:00 PM, OR AS SOON THEREAFTER AS COUNSEL MAY BE HEARD BEFORE THE HONORABLE ALAN S. TRUST, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF NEW YORK,** (the "Hearing"), and may be adjourned from time to time without further notice other than an announcement at the Hearing, to consider the following motions:

1. Debtors' Emergency Motion for Entry of Interim Order (I) Authorizing the Debtor's Use Of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief. [dkt item 10] (the "Cash Collateral Motion").

2. Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105, 363(b), 507(a), 541, 1107(a), and 1108, Authorizing, But Not Directing, the Debtors *Inter Alia* to Pay Prepetition Wages,

          Compensation, and Employee Benefits. [dkt item 11] (the "<u>Employee Wage Motion</u>").

3. Debtors' Motion for Interim and Final Orders Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms. [dkt item 8] (the "<u>Cash Management Motion</u>").

4. Debtors' Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105, 363, 503, 1107(A) and 1108 Authorizing Debtors to Maintain Existing Insurance Policies and Pay All Policy Premiums Arising Thereunder or in Connection therewith. [dkt item 5] (the "<u>Insurance Motion</u>").

5. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, and (II) Granting Related Relief. [dkt item 9] (the "<u>Critical Vendor Motion</u>"). The Critical Vendor Motion is currently scheduled for status only.

**PLEASE TAKE FURTHER NOTICE** that a copy of each of the Motions and Applications may be obtained by either: (i) accessing the website established by KCC the Debtors' notice and claims agent at [www.kccllc.net/rubies](www.kccllc.net/rubies); (ii) accessing the Court's website at www.nysb.uscourts.gov, or (iii) contacting the Office of the Clerk of the Court at, Central Islip, New York. Note that a PACER password is needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that the following is the case number, and federal tax identification number for each of the Debtors:

| **Name of Debtor:** | **Case Number:** | **Tax Identification No.:** |
|---|---|---|
| Rubies Costume Company, Inc. | 20-71970 (AST) | 11-2289830 |
| Forum Novelties, Inc. | 20-71971 (AST) | 13-2960535 |
| Diamond Collection, LLC | 20-71972 (AST) | 47-5311103 |
| Buyseasons Enterprises LLC | 20-71973 (AST) | 82-1534892 |
| Masquerade LLC | 20-71974 (AST) | 23-3051649 |
| Rubie's Masquerade Co. (USA) | 20-71975 (AST) | 11-3330755 |

Dated: Garden City, New York
May 1, 2020

RUBIE'S COSTUME COMPANY, INC., *et al*.,
*Debtors and Debtors in Possession*
By their Proposed Co-Counsel

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
By:

/s/ *Edward J. LoBello*
Edward J. LoBello
Howard B. Kleinberg
Jordan D. Weiss
990 Stewart Avenue, Suite 300
Garden City, New York 11530
(516) 741-6565

- and -

TOGUT, SEGAL & SEGAL LLP,
Frank A. Oswald
Brian F. Moore
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000