| | |
|---|---|
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>Edward J. LoBello<br>Jordan D. Weiss<br>990 Stewart Avenue, Suite 300<br>Garden City, New York 11530<br>(516) 741-6565 | TOGUT, SEGAL & SEGAL LLP<br>Frank A. Oswald<br>Brian F. Moore<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>(212) 594-5000 |

*Co-Counsel to the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                              :
In re:                                                        :   Chapter 11
                                                              :
**RCCI WIND DOWN COMPANY, INC.,** *et al.*,    :   Case Nos. 20-71970 thru 20-71975 (AST)
                                                              :
                              Debtors.                        :   (Jointly Administered)
                                                              :
---------------------------------------------------------------x

## AGENDA FOR DECEMBER 16, 2020 HEARING

Time and Date of Hearing:   December 16, 2020 at 11:00 a.m. (the "Hearing")

Location of Hearing:   The Honorable Alan S. Trust, Chief Judge
United States Bankruptcy Court for the Eastern District of New York

Copies of Motions:   A copy of each pleading can be viewed by either (i) accessing the website established by Kurtzman Carlson Consultants LLC, the Debtors' notice and claims agent, at www.kccllc.net/rubies or (ii) accessing the Court's website at www.nyeb.uscourts.gov.

### I. Matters To Be Heard:

1.   Status Conference: the Debtors intend to provide the Court and parties in interest with a general update as to the status of the Debtors' cases including, but not limited to, the status of the mediation of the dispute regarding the purchase price for the sale of the Debtors' assets.

Related Docket Items:

   a. Order Assigning Matters to Mediation [dkt item 498];

   b. Updated Mediator's Report and Status Letter [dkt item 548]; and

   c. Notice of Filing of (i) Stipulation Resolving Matters Ordered to Mediation By and Among the Debtors, the Official Committee of Unsecured Creditors, and Rubies II, LLC, and (ii) Stipulation By and Among the Debtors and Official Committee

      of Unsecured Creditors Modifying Sale Order and Resolving Matters Ordered to Mediation and Other Matters Concerning These Chapter 11 Cases [dkt item 549].

2.      Debtors' Motion for Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [dkt item 486] (the "Exclusivity Motion").

    Related Docket Items:

      a.  Interim Order Granting the Exclusivity Motion [dkt item 508] (the "Interim Order"); and

      b.  Affidavit of Service of the Interim Order [dkt item 526].

3.      Debtors' Motion Requesting Approval of Procedures for Filing Omnibus Claims Objections [dkt item 490] (the "Claims Procedures Motion").

    Related Docket Items: Affidavit of Service [dkt item 499].

4.      Debtors' First Omnibus Objection to Claims (Superseded Claims) [dkt item 491] (the "First Omnibus Objection").

    Related Docket Items: Affidavit of Service [dkt item 499].

    Note: The Debtors intend to request an adjournment solely with respect to the Claim of 16 Madison Square West (the "Landlord"), Claim Nos. 46 and 117, upon the request of the Landlord.

5.      Debtors' Second Omnibus Objection to Claims (Satisfied Claims) [dkt item 492] (the "Second Omnibus Objection").

    Related Docket Items:

      a.  Affidavit of Service [dkt item 499];

      b.  Response of Universal Studios Licensing LLC ("Universal") to the Second Omnibus Objection [dkt item 524]; and

      c.  Letter of No Objection filed by Erric Sorelle Studios [dkt item 537].

    Note: The Debtors and Universal intend to request an adjournment solely with respect to the Universal Claim as the parties seek to resolve the dispute.

6.      First Application for Compensation for Arent Fox LLP as Counsel to the Official Committee of Unsecured Creditors [dkt item 412].

    Related Docket Items: Affidavit of Service [dkt item 414].

      7.      First Application for Compensation for CohnReznick Capital Markets Securities, LLC as financial advisor to the Official Committee of Unsecured Creditors [dkt item 413].

      <u>Related Docket Items</u>: Affidavit of Service [dkt item 414].

      8.      First Application for Compensation for Togut, Segal & Segal LLP as Co-Counsel to the Debtors [dkt item 433].

      <u>Related Docket Items</u>: Affidavit of Service [dkt item 441].

      9.      First Application for Compensation for BDO USA, LLP as financial advisor to the Debtors [dkt item 434].

      <u>Related Docket Items</u>: Affidavit of Service [dkt item 441].

      10.      First Application for Compensation for Meyer, Suozzi, English & Klein, P.C., as Co-Counsel to the Debtors [dkt item 443].

      <u>Related Docket Items</u>: Affidavit of Service [dkt item 449].

      11.      Final Application for Compensation for SSG Advisors, LLC, as investment banker for the Debtors [dkt item 458].

      <u>Related Docket Items</u>: Affidavit of Service [dkt item 465].

Dated: Garden City, New York
December 15, 2020

      RCCI WIND DOWN COMPANY, INC., *et al.*,
*Debtors and Debtors in Possession*
By their Co-Counsel

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
By:

*s/ Edward J. LoBello*
Edward J. LoBello
Jordan D. Weiss
990 Stewart Avenue, Suite 300
Garden City, New York 11530
(516) 741-6565

- and -

TOGUT, SEGAL & SEGAL LLP,
Frank A. Oswald
Brian F. Moore
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

4475778