ROBERT E. GERBER
Joseph Hage Aaronson, LLC
485 Lexington Avenue, 30th Floor
New York, NY  10017
Telephone:  (212) 407-1212 (NYC Office)
Telephone:  (860) 868-7926 (CT Home)
   (but do not practice law in CT)

*Mediator*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                        :
In re:                                                              :   Chapter 11
                                                                        :
RCCI WIND DOWN COMPANY, INC., *et al*.,   :   Case Nos. 20-71970 thru 20-71974 (AST)
                                                                        :
                                        Debtors.              :   (Jointly Administered)
                                                                        :
---------------------------------------------------------------x

## REPORT OF MEDIATOR

1. I am a retired judge of the United States Bankruptcy Court for the Southern District of New York, and was designated by this Court to mediate a dispute between former Debtor Rubie's Costume Company, Inc. (now RCCI Wind Down Company, Inc.) and its debtor affiliates (together, "**Debtors**"), the Official Committee of Unsecured Creditors (the "**Committee**"), and Rubie's II, LLC (the "**Purchaser**," and together with the Debtors and the Committee, the "**Mediation Parties**"), pursuant to this Court's Order Assigning Matters to Mediation, dated November 9, 2020 (ECF #498) (the "**Mediation Order**").

2. I submit this report pursuant to EDNY Bankruptcy Rule 9019-1(f), which provides, among other things, that the Mediator shall file a report with the Court with respect to the outcome of the mediation.

3. After my appointment, I conducted three mediation sessions by Zoom, and a fourth was brought to an early end without substantive discussion after a conference call shortly earlier made it moot. I additionally had a series of conference calls, individual telephone calls and exchanges of emails with the Mediation Parties, too numerous to enumerate. In my opinion, all of the Mediation Parties engaged in those communications, and in the mediation generally, in good faith.

4. I am pleased to report, pursuant to EDNY Local Bankruptcy Rule 9019-1(f)(i), that the mediation resulted in a settlement. The settlement was reported in open court on Wednesday, December 16. A proposed order approving the settlement (which is the amalgam of two stipulations of settlement, attached to the proposed order) was submitted by Notice of Presentment dated December 16, 2020 (ECF #555), with a deadline for objections at 4:00 p.m. today. As of the time of the writing of this report, no objections have been filed..

Dated:  Warren, Connecticut
            December 21, 2020

                                                                                    *s/ Robert E. Gerber*