UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 11
                                                            :
RCCI Wind Down Company, Inc., *et al.*,                     :    Case Nos. 20-71970 thru 20-
                                                            :    71974 (AST)
                       Debtors.                             :
                                                            :    Jointly Administered
------------------------------------------------------------X

### ORDER (A) APPROVING FINAL DISTRIBUTIONS TO HOLDERS OF ALLOWED GENERAL UNSECURED CLAIMS, AND (B) GRANTING RELATED RELIEF

Upon the consideration of the *Motion for Entry of (I) Order (A) Approving Final Distributions to Holders of Allowed General Unsecured Claims, and (B) Granting Related Relief, and (II) Final Decree Closing Debtors' Chapter 11 Cases Pursuant to 11 U.S.C. § 350(a) and Federal Rule of Bankruptcy Procedure 3022* (the "Motion") filed by the Plan Administrator;[1] and a hearing thereon, if any, having been held; and upon consideration of the arguments contained in the Motion and the opposition thereto, if any; and it appearing that due and adequate notice of the Motion has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion is granted as set forth herein; and it is further

**ORDERED** that the Plan Administrator is authorized to pay the professional fees and expenses listed in the waterfall attached to this Order as **Exhibit 1**; and it is further

**ORDERED** that the Plan Administrator is authorized to make *pro rata* distributions to Holders of Allowed General Unsecured Claims in the amount set forth in the waterfall attached to this Order as **Exhibit 1**, provided that the Plan Administrator shall be authorized to pay

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

professional fees and expenses of estate professionals as set forth in the waterfall in **Exhibit 1** to this Order; and it is further

**ORDERED** that the Plan Administrator is authorized to make *pro rata* distributions to the Holders of Allowed General Unsecured Claims identified on **Exhibit 2** to this Order based on the amount of the Allowed General Unsecured Claims set forth in **Exhibit 2;** and it is further

**ORDERED** that the Plan Administrator shall file a certification with the Court upon his completion of distributions in the above-captioned case (the "Distribution Certification").  The Distribution Certification shall certify that distributions to Holders of Allowed General Unsecured Claims have been completed; and it is further

**ORDERED** that upon filing the Distribution Certification, the Plan Administrator shall submit a copy of the Final Decree to be entered in the above-captioned case; and it is further

**ORDERED** that the Plan Administrator and/or his authorized agents are authorized to take any steps necessary to comply with applicable tax laws either before or after making distributions; and it is further

**ORDERED** that the Plan Administrator is authorized to take any steps necessary to comply with any reporting requirements of the Office of the United States Trustee or any reporting requirements ordered by this Court, and to pay any statutory fees owed under 28 U.S.C. §1930 before making distributions; and it is further

**ORDERED** that under 28 U.S.C. § 2414 no refunds are due until any pending appeals are resolved and become final and unappealable.  Notwithstanding anything herein, or in any other statement, the United States, including the United States Trustee Program, reserves all rights to collect additional amounts that may be due as the result of any subsequent decisions by United States Courts of Appeals or by the Supreme Court of the United States; and it is further

**ORDERED** that upon entry of this Order, the disallowed claims listed on **Exhibit 3** to this Order are deemed forever barred, expunged and disallowed in their entirety; and it is further

**ORDERED** that upon entry of this Order, the Allowed General Unsecured Claims listed on **Exhibit 4** to this Order are hereby reduced to zero and permanently disallowed and expunged; and it is further

**ORDERED** that the Plan Administrator is authorized to treat funds originally scheduled for distribution to the holders of the Allowed General Unsecured Claims listed on **Exhibit 4** to this Order as unclaimed property under section 347(b) of the Bankruptcy Code;

**ORDERED** that this Court shall retain jurisdiction over any matters related to or arising from the implementation of this order.



Dated: December 17, 2021  
Central Islip, New York

_____  
**Alan S. Trust**  
**Chief United States Bankruptcy Judge**