**Exhibit 1: Waterfall of Repayment Under the Plan.**

| Description | Expenses (estimated) |
|---|---|
| **U.S. Trustee Fees** | $45,000 |
| **Post-Effective Date Professional Fees (Estimate)** | $175,000 |
| **Amount Available for Distribution to Holders of General Unsecured Claims** | 41% of Allowed General Unsecured Claims whose Holders have provided requisite tax information |
| **Deferred Compensation (Percentage of remaining funds)** | Togut: 23.4%<br><br>Meyer Suozzi: 18.7%<br><br>BDO: 21.3%<br><br>Arent Fox: 25.0%<br><br>CohnReznick: 11.6% |

**Exhibit 2: List of Allowed General Unsecured Claims**

| Claim No | Schedule No | Claimant Name | GUC Allowed Amount |
|---|---|---|---|
| 117 | 3236821 | 16 Madison Square West Associates | $ 1,081,462.79 |
| | 3237009 | Protech Powder Coatings Inc | $ 45,279.00 |
| 80 | 3237020 | Canon Financial Services, Inc. | $ 44,769.45 |
| 197 | | Advanced Graphics, Inc. | $ 91,705.10 |
| | 3236822 | Adventure Media And Events LLC | $ 6,000.00 |
| 216 | 3236953 | Aero Mechanical of N.Y. Inc. | $ 1,162.15 |
| 54 | 3236747 | National Grid | $ 34,181.21 |
| 136 | 3236901 | Texpak, Inc. | $ 28,777.78 |
| 243 | | Almar Sales Company Inc. | $ 1,632.00 |
| 143 | 3236537 | AMSCAN | $ 706,447.77 |
| | 3237023 | Arcbest | $ 24,529.22 |
| 27 | 3236996 | Cronin & Cronin | $ 22,947.45 |
| 174 | 3236819 | 3G Warehouse, Inc. | $ 22,893.50 |
| | 3236799 | American Freight Logistic | $ 22,270.00 |
| | 3236479 | ARC Document Solutions LLC | $ 404.68 |
| | 3236943 | Challenge Graphics | $ 13,734.00 |
| 52 | 3237022 | ABF Freight System, Inc. | $ 33,866.68 |
| | 3236469 | Argo Partners | $ 36,826.54 |
| | 3236451 | Argo Partners | $ 30,747.48 |
| 111 | | SRP | $ 13,706.81 |
| 68 | 3236825 | Arjay Company | $ 5,925.10 |
| | 3236827 | Atlas Transportation Services | $ 5,145.00 |
| | 3236612 | Progressive Specialty Glass | $ 11,700.00 |
| | 3236471 | Asendia USA Inc | $ 4,323.03 |

| Claim No | Schedule No | Claimant Name | GUC Allowed Amount |
|---|---|---|---|
|  | 3236948 | Executive Cleaning Services, LLC | $ 10,093.80 |
|  | 3236828 | Backflow Specialists, Inc. | $ 165.00 |
|  | 3236486 | Batzner Pest Control Inc | $ 179.00 |
|  | 3236682 | Bauer Pacific Imports | $ 3,145.05 |
| 12 | 3236481 | Bendon, Inc | $ 2,620.56 |
|  | 3236498 | Blue Grace MKE | $ 480.40 |
|  | 3236499 | BPI Color | $ 1,233.63 |
| 151 | 3236992 | Bradford Capital Holdings, LP | $ 29,567.55 |
| 205 | 3236695 | Bradford Capital Holdings, LP | $ 1,653.19 |
| 157 | 3237040 | Bradford Capital Holdings, LP | $ 18,034.32 |
| 113 | 3236861 | Bradford Capital Holdings, LP | $ 829.59 |
| 133 |  | Bradford Capital Holdings, LP | $ 27,915.09 |
| 114 | 3236686 | Bradford Capital Holdings, LP | $ 2,113.88 |
| 130 | 3236561 | Bradford Capital Holdings, LP | $ 11,402.88 |
| 37 | 3236914 | American Paper & Supply Co | $ 8,795.14 |
|  | 3236683 | Burleska | $ 7,387.85 |
| 3 |  | CONSOLIDATED EDISON COMPANY OF NEW YORK INC. | $ 6,288.01 |
| 1 |  | Globegistics, Inc./Asendia USA | $ 5,975.87 |
| 61 | 3237072 | CAB Assignee of Nanjing Patchbear Arts & Crafts Co Ltd | $ 128,739.35 |
|  | 3236684 | California Costume Collections Inc. | $ 5,891.17 |
| 49 |  | Card and Party Giant V, Ltd. | $ 155,000.00 |
|  | 3236816 | Certified Business Systems, In | $ 784.83 |
| 51 | 1070640 | City of New Berlin | $ 4,815.58 |
| 18 | 3236958 | Clarion Events Inc. | $ 186,529.05 |
| 14 | 3236543 | Clearwater Paper Corporation | $ 27,432.77 |
| 156 | 3236917 | Columbia Omnicorp | $ 3,593.39 |
|  | 3236615 | Accurate Logistics | $ 4,425.00 |

| Claim No | Schedule No | Claimant Name | GUC Allowed Amount |
|---|---|---|---|
| 204 | 3236532 | Constellation New Energy - Gas Division, LLC | $ 6,985.29 |
| | 3236437 | Conveyor Solutions Inc | $ 445.91 |
| 24 | 3236939 | Long Island Models & Talent Inc. | $ 3,362.00 |
| | 3236691 | Costume Culture By Franco LLC NYD357 | $ 10,130.80 |
| | 3236836 | Crayola | $ 55.83 |
| 238 | | LEAF Capital Funding, LLC | $ 2,979.57 |
| 23 | 3236837 | Crown Equipment Corporation | $ 9,353.89 |
| 83 | 3236535 | CTI Industries Corporation | $ 19,607.46 |
| 92 | 3236630 | Cleanco Distribinc | $ 2,708.90 |
| 106 | | Crestwood Inc | $ 1,032.80 |
| 63 | 3236947 | Design & Development Consulting, Ltd | $ 4,082.87 |
| | 3236908 | Winters Bros Hauling Of Li, LLC | $ 1,950.86 |
| | 3237093 | DE Tax | $ 300.00 |
| | 3236838 | Delaware Secretary Of State | $ 300.00 |
| 191 | | Disguise, Inc. | $ 175,000.00 |
| | 3236441 | DK Sales Inc | $ 108,969.63 |
| | 3236842 | Dunlap Codding, P.C. | $ 672.00 |
| 140 | 3236548 | Eilliens Candies Inc | $ 2,952.00 |
| | 3236843 | Electric Battery Company LLC | $ 257.98 |
| 212 | 3236442 | Emarsys North America | $ 25,500.00 |
| 126 | | Erric Sorelle Studios, Ltd | $ 246,280.00 |
| 85 | 3236689 | Euler Hermes Agent for Western Fashion Inc | $ 29,502.09 |
| 103 | 3236918 | Euler Hermes N.A. Insurance Co. Agent of Exenta Inc. Claim Id 000445056 | $ 257,236.28 |
| 53 | | Euler Hermes N.A. Insurance Co. Agent of President Container Group Ii, LLC Claim ID 000443596 | $ 44,543.72 |
| 112 | 3236497 | Extension Inc | $ 6,976.26 |

| Claim No | Schedule No | Claimant Name | GUC Allowed Amount |
|---|---|---|---|
|  | 3236577 | Fair Harbor Capital, LLC | $ 2,188.24 |
|  | 3236579 | Fair Harbor Capital, LLC | $ 4,768.64 |
|  | 3236960 | Fair Harbor Capital, LLC | $ 7,785.00 |
|  | 3236637 | Fair Harbor Capital, LLC | $ 10,260.00 |
|  | 3236794 | Fair Harbor Capital, LLC | $ 4,312.35 |
|  | 3236949 | Four-Way Pallet | $ 4,482.00 |
| 57 | 3237004 | FedEx Corporate Services Inc. | $ 1,110,565.91 |
|  | 3236995 | Fire Foe Corp. | $ 912.15 |
|  | 3236633 | Freight Solutions Global | $ 216.79 |
|  | 3236464 | Fun World Easter Unlimited | $ 1,411.32 |
| 90 | 3236955 | G Forte Construction Inc. | $ 2,659.50 |
| 77 | 3236954 | Ginny Gocinski | $ 4,312.77 |
| 104 |  | Google LLC | $ 451,353.35 |
|  | 3236531 | Grainger | $ 60.50 |
| 86 |  | GreatAmerica Financial Services Corporation | $ 4,364.75 |
| 21 | 3236970 | Guidance Solutions, Inc. | $ 20,173.50 |
| 158 | 3237027 | Gust Rosenfeld, P.L.C. | $ 6,888.52 |
|  | 3236852 | GXS, Inc. | $ 1,086.25 |
| 76 | 3236527 | HARPER CORPORATION OF AMERICA | $ 205.00 |
|  | 3236477 | Havercamp | $ 1,316.16 |
|  | 3236795 | Hilo Eqipment & Services | $ 1,211.30 |
|  | 3236632 | Hilo Equipment | $ 718.20 |
| 175 | 3236857 | In A Flash Office Products Inc | $ 13,855.65 |
|  | 3237011 | Intrado Enterprise Collaboration Inc. | $ 1,336.91 |
| 107 | 3236858 | Innovative Termite & Pest Control | $ 1,030.86 |
| 67 | 3236831 | Billharz Plumbing Inc. | $ 800.00 |
| 91 | 3236488 | ITU AbsorbTech Inc | $ 1,526.33 |

| Claim No | Schedule No | Claimant Name | GUC Allowed Amount |
|---|---|---|---|
| | 3236738 | Jet Sanitation Service Corp  5 | $ 593.31 |
| | 3236736 | Jet Sanitation Service Corp 117 | $ 86.90 |
| | 3236737 | Jet Sanitation Service Corp 126 | $ 244.41 |
| | 3236862 | Jet Sanitation Service Corp. | $ 217.26 |
| 109 | 3236935 | Kovacs Security Systems 5753 | $ 211.82 |
| 110 | 3236936 | Kovacs Security Systems-7534 | $ 276.99 |
| 108 | 3236937 | Kovacs Security Systems-8360 | $ 456.23 |
| 98 | 3236999 | Ljm Group | $ 1,601.96 |
| 154 | | Lostwear. Ltd. dba Burleska | $ 7,547.70 |
| | 3236517 | LRS Apparel Ltd LLC | $ 2,584.00 |
| 123 | 3237013 | Maggie Young & Associates, Inc | $ 20,000.00 |
| 15 | 3236474 | Manchester Industries | $ 28,386.84 |
| | 3236473 | Maryland Plastics | $ 25,539.54 |
| 176 | 3236700 | Maspeth Mechanical, Inc. | $ 2,648.41 |
| | 3236503 | Mayflower Distributing Co | $ 89,996.14 |
| 88 | 3236933 | Melville Associates, LP | $ 27,204.06 |
| | 3236427 | Meri Meri Inc. | $ 8,007.00 |
| 64 | 3236485 | Merit Asphalt | $ 9,800.00 |
| 74 | 3236944 | Michael C Romano | $ 3,939.38 |
| | 3236480 | MiLLCraft Paper Company | $ 69.15 |
| | 3236636 | Mol Consolidation Svc | $ 520.00 |
| 209 | 3236510 | MR2d Global Trading, LLC | $ 10,602.84 |
| | 3236493 | Mra | $ 1,250.00 |
| | 3236931 | Oriental Air Transport Service | $ 4,690.00 |
| 226 | 3236541 | Oriental Trading Company | $ 54,615.92 |
| | 3236991 | Tpi Industries, LLC | $ 456.57 |
| 206 | 3236643 | H2W Inc | $ 454.65 |

| Claim No | Schedule No | Claimant Name | GUC Allowed Amount |
|---|---|---|---|
| 105 | 3236491 | Next Level Staffing LTD | $ 5,370.40 |
| | 3236754 | NYC Water Board 40007-19275-00 | $ 380.37 |
| | 3236755 | NYC Water Board-0007-19274-001 | $ 1,591.45 |
| 44 | 3236941 | OL USA LLC | $ 12,424.24 |
| 97 | 3236425 | Olsen Safety Equipment Corp. | $ 1,369.15 |
| 81 | 3236500 | On-Site Staffing Services | $ 1,971.20 |
| 226 | 3236541 | Oriental Trading Company | $ 54,615.92 |
| 231 | | PA Department of Revenue | $ 9,116.55 |
| 147 | 3236452 | Penguin Random House LLC | $ 2,115.36 |
| | 3236522 | Pitney Bowes | $ 36.74 |
| | 3236922 | Precision Overhead, Inc. | $ 2,667.43 |
| | 3236504 | Premium Waters Inc | $ 10.00 |
| 89 | 3236482 | Primary Colors Design Corp | $ 2,791.93 |
| 73 | 3236501 | Printco Industries LLC | $ 126.00 |
| | 3236560 | Purolator | $ 8,312.53 |
| 202 | 3236882 | Pryor Cashman LLP | $ 26,646.65 |
| 13 | 3236765 | PSEG LI | $ 34,891.06 |
| | 3236521 | Purchase Power | $ 18.62 |
| | 3236909 | Winters Bros Hauling Of Li, LLC | $ 217.26 |
| | 3236453 | Quality Discount Press Parts & Equipment Inc. | $ 362.26 |
| | 3237090 | Quill Corporation | $ 175.14 |
| 47 | | ARIZONA DEPARTMENT OF REVENUE | $ 152.00 |
| 139 | | Rosen Centre Hotel | $ 50,000.00 |
| 70 | 3236729 | Direct Energy Business Marketing LLC | $ 134.50 |
| 146 | 3236938 | Rymer Packaging LLC | $ 15,890.10 |
| 159 | 3236793 | Ruskin Moscou Faltischek, P.C. | $ 1,120.50 |
| | 3236429 | S One Labels and Packaging | $ 1,351.25 |

| Claim No | Schedule No | Claimant Name | GUC Allowed Amount |
|---|---|---|---|
| | 3236693 | SAA Logistics | $ 235.00 |
| | 3236467 | SAA Logistics | $ 8,055.00 |
| 149 | 3236915 | Safer Holding Corp DBA Kuttner Prints, Inc. | $ 85,817.49 |
| 134 | | Service By Air | $ 1,390.00 |
| 193 | | Service By Air | $ 4,525.00 |
| | 3236525 | Siegwerk EIC LLC | $ 3,251.20 |
| 40 | 3236533 | Southern Graphics Inc. | $ 13,239.00 |
| | 3236896 | Spandex House, Inc. | $ 52.00 |
| | 3236421 | Stalx Inc | $ 3,000.00 |
| 6 | 3236766 | Staples Business Advantage | $ 1,972.51 |
| 8 | 3236542 | Staples Business Advantage | $ 149.73 |
| | 3236509 | Starline Costume LLC | $ 5,678.40 |
| | 3236492 | Stoffel Equipment Co Inc | $ 730.45 |
| | 3237000 | Suffolk County Water Authority | $ 1,957.66 |
| | 3236455 | Talking Tables Inc | $ 3,621.16 |
| 99 | 3236502 | Tecre Co Inc | $ 7,192.42 |
| | 3236606 | The Image Factory | $ 975.00 |
| 195 | | The Pokemon Company International, Inc. | $ 175,000.00 |
| 66 | 3237096 | The Rose Group, APLC | $ 344.43 |
| | 3236628 | Topaz Industries Inc | $ 266.13 |
| | 3236639 | Transamerica Logistics Inc. | $ 8,474.77 |
| | 3236967 | Transamerica Logistics Inc. | $ 20,065.00 |
| 160 | 3236508 | Trisar, Inc. | $ 108,994.92 |
| 42 | 3237019 | Uline Shipping Supplies | $ 3,986.70 |
| | 3237021 | UL Verification Services, Inc. | $ 8,935.67 |
| 203 | | Underwraps Costume Corporation | $ 100,000.00 |
| 95 | 3236524 | Unique Industries, Inc. | $ 261,352.62 |

| Claim No | Schedule No | Claimant Name | GUC Allowed Amount |
|---|---|---|---|
| 84 | 3236932 | United Logistic Inc. | $ 16,339.00 |
| | 3236768 | United Parcel Service-13637E | $ 676.36 |
| | 3236652 | United Parcel Service | $ 2,489.74 |
| | 3236536 | United Parcel Service | $ 6,536.63 |
| | 3236769 | United Parcel Service  130250 | $ 345.74 |
| | 3236774 | United Parcel Service  6Wx-885 | $ 5,418.72 |
| | 3236781 | United Parcel Service  Aow841 | $ 9,151.86 |
| | 3236770 | United Parcel Service 158306 | $ 255.59 |
| | 3236773 | United Parcel Service 61R5V3 | $ 361.28 |
| | 3236907 | United Parcel Service 7R9W20 | $ 363.43 |
| | 3236775 | United Parcel Service 7R9W33 | $ 493.96 |
| | 3236776 | United Parcel Service 7R9W37 | $ 1,319.08 |
| | 3236777 | United Parcel Service 889197 | $ 1,293.78 |
| | 3236779 | United Parcel Service A1384W | $ 6,140.87 |
| | 3236780 | United Parcel Service A80Y85 | $ 2,004.17 |
| | 3236782 | United Parcel Service X002X1 | $ 187.86 |
| | 3236783 | United Parcel Service X99731 | $ 1,876.84 |
| | 3236771 | United Parcel Service1Y085X | $ 155.00 |
| | 3236772 | United Parcel Service-5395X4 | $ 7,650.99 |
| | 3236778 | United Parcel Service-96X1X8 | $ 2,495.49 |
| | 3236651 | UPS Supply Chain Solutions, Inc | $ 425.55 |
| | 3236539 | US Toy Co Inc | $ 11,471.24 |
| 239 | | Veritiv | $ 766.10 |
| 16 | | WE Energies | $ 33,649.57 |
| | 3236459 | Welland Company Inc | $ 533.13 |
| | 3236610 | Winters Bros. | $ 596.35 |
| | 3236523 | York Wallcoverings | $ 484.32 |

| Claim No | Schedule No | Claimant Name | GUC Allowed Amount |
|---|---|---|---|
| | 3236496 | Zien Inc | $      6,633.23 |
| | | | |
| | | | Total:  $7,051,754.61 |

**Exhibit 3: Claims That Have Been Disallowed and Expunged in Their Entirety**

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| A & J Environmental Pallet Recycling | 3236433 | 82 | ECF No. 594 |
| Erric Sorelle Studios, Ltd | | 125 | ECF No. 594 |
| Continuum LLC a/k/a Nissen Staffing d/b/a Engauge Workforce Solutions | | 45 | ECF No. 594 |
| 16 Madison Square West Associates | | 46 | ECF No. 598 |
| Adp, LLC | 3236648 | | ECF No. 620 |
| Adp, LLC FU7 | 3236702 | | ECF No. 620 |
| Adp, LLC Wcg | 3236705 | | ECF No. 620 |
| Adp, LLC CPM | 3236701 | | ECF No. 620 |
| Adp, LLC RTC | 3236703 | | ECF No. 620 |
| Adp, LLC TYY | 3236704 | | ECF No. 620 |
| Adp, LLC Xra | 3236706 | | ECF No. 620 |
| AIG Property Casualty, Inc | | 198 | ECF No. 620 |
| An Loc Phat Trading Production Co. Ltd. | 3237029 | | ECF No. 620 |
| Donald Pirone | 3236840 | | ECF No. 620 |
| Empire Bluecross Blueshield | 3237014 | | ECF No. 620 |

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| Hartford Fire Insurance Company | 3236990 | 39 | ECF No. 620 |
| IPFS Corporation – Premium Finance | 3236859 | 152 | ECF No. 620 |
| Joe Wozniak | 3236863 | | ECF No. 620 |
| Laura Romeo | 3236866 | | ECF No. 620 |
| Lenney Peters | 3236867 | | ECF No. 620 |
| Mary Anne Reider | 3236818 | | ECF No. 620 |
| Patti Bolton | 3236877 | | ECF No. 620 |
| Reicher-Goerdt Sales & Marketing | 3236888 | | ECF No. 620 |
| Samuel Cavazos | 3236893 | | ECF No. 620 |
| Sterling Risk | 3237080 | | ECF No. 620 |
| Todd Obinger | 3236902 | | ECF No. 620 |
| United Healthcare | 3236506 | | ECF No. 620 |
| Zhenjiang Lian Yew | 3237071 | | ECF No. 620 |
| Active Marketing Group, Inc. | 3236964 | | ECF No. 622 |
| Adrenal LLC | 3236815 | | ECF No. 622 |
| Adrenal USA LLC | 3236646 | 163 | ECF No. 622 |
| Andrew Citrin | 3236641 | | ECF No. 622 |
| Anhui Dinghui Toy Co., Ltd. | 3237030 | | ECF No. 622 |
| Aries Global Logistics, Inc | 3236923 | | ECF No. 622 |

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| Aries Global Logistics, Inc | 3236618 | | ECF No. 622 |
| Around the Clock Dispatch, Inc | 3236930 | | ECF No. 622 |
| Around the Clock Dispatch, Inc | 3236621 | | ECF No. 622 |
| BACL | 3236829 | | ECF No. 622 |
| Bell Container Corp. | 3236994 | | ECF No. 622 |
| Bureau Veritas Hong Kong Ltd. | 3236963 | | ECF No. 622 |
| Casestack Inc | 3236654 | | ECF No. 622 |
| Cedar Bend | 3236834 | | ECF No. 622 |
| Changzhou Sunwood International Trading Co., Ltd | 3237032 | | ECF No. 622 |
| China-Base Ningbo Foreign | 3237033 | | ECF No. 622 |
| Contract Fillers of New York | 3236625 | | ECF No. 622 |
| Creative Converting | 3236439 | | ECF No. 622 |
| Creative Converting B110149 | 3236431 | | ECF No. 622 |
| DHL Express- USA 968518751 | 3236726 | | ECF No. 622 |
| Dixon Costumes Inc | 3236839 | | ECF No. 622 |
| Dong Yang Xingbang Cultural and Creative Co., Ltd. | 3236959 | | ECF No. 622 |
| Dongxin Industry Limited | 3236647 | | ECF No. 622 |

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| Dongyang Kexin | 3237034 | | ECF No. 622 |
| Dongyang Lanxin Garments Factory | 3237035 | | ECF No. 622 |
| Dongyang Tanke | 3236980 | | ECF No. 622 |
| Dongyang Xuanke Art & Craft Co. | 3236983 | | ECF No. 622 |
| Epo Technology (Hk) Ltd | 3236961 | | ECF No. 622 |
| Eurofins | 3236844 | | ECF No. 622 |
| Ever Trustful Crafts Limited | 3237036 | | ECF No. 622 |
| Fancy Packaging Co., Ltd. | 3237037 | | ECF No. 622 |
| Fantasy Paradise | 3237038 | | ECF No. 622 |
| Feld Motor Sports | 3236547 | | ECF No. 622 |
| Grignard Company LLC | 3236614 | | ECF No. 622 |
| Guangxi Pinnan Fulais Arts and Handicrafts Manufacture Co., | 3237042 | | ECF No. 622 |
| Guangzhou Gudian | 3237043 | | ECF No. 622 |
| HCT | 3236854 | | ECF No. 622 |
| High Hope Intl Group Jiangsu Champion Holdings Limited | 3237044 | | ECF No. 622 |
| Huangshan Sea and Sand Co., Ltd. | 3237045 | | ECF No. 622 |
| Huitai (HK) | 3237047 | | ECF No. 622 |

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| Huizhou Gao Baofa Arts and Crafts Co., Ltd. | 3237048 | | ECF No. 622 |
| J & R Marketing Inc | 3236860 | | ECF No. 622 |
| Jeng Long | 3236557 | | ECF No. 622 |
| Jet Products | 3237049 | | ECF No. 622 |
| Jillian Guthman (Receiver of the Town of Huntington) | 3236807 | | ECF No. 622 |
| Jinhan Wig (Factory) Co., Ltd. | 3237059 | | ECF No. 622 |
| Jinhua Baichuan Art and Crafts Co., Ltd. | 3237066 | | ECF No. 622 |
| Jinhua Dreamland | 3237074 | | ECF No. 622 |
| Jinhua Ranni Garment | 3237078 | | ECF No. 622 |
| Jinhuazhihou Garment Co., Ltd. | 3236981 | | ECF No. 622 |
| Joseph Gilmore & Assoc Inc | 3236635 | | ECF No. 622 |
| K2 Sales | 3236864 | | ECF No. 622 |
| Lucky Stream | 3236920 | | ECF No. 622 |
| Market Union | 3237053 | | ECF No. 622 |
| Mars Hill International Limited | 3237054 | | ECF No. 622 |
| Mecca Transport Inc | 3236553 | | ECF No. 622 |
| Mecca Transport Inc. | 3236871 | | ECF No. 622 |

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| MVS Mailers Inc. | 3236591 | | ECF No. 622 |
| NexusTek Irvine LLC | 3236518 | | ECF No. 622 |
| Ningbo Eliter | 3236800 | | ECF No. 622 |
| Ningbo Gaoxin | 3236979 | | ECF No. 622 |
| Ningbo Hoco | 3236801 | | ECF No. 622 |
| Ningbo Youngor | 3237082 | | ECF No. 622 |
| Oasis Sales | 3236876 | | ECF No. 622 |
| Oasis Sales Ltd Inc. | 3236592 | | ECF No. 622 |
| Panan Luolan Arts and Crafts Co., Ltd. | 3237064 | | ECF No. 622 |
| Panan Rikang Costume Co., Ltd. | 3236962 | | ECF No. 622 |
| Partytime Costume and Lingerie (Yiwu) Factory | 3237065 | | ECF No. 622 |
| Pieltex SA | 3236912 | | ECF No. 622 |
| Premier Transportation Svs. Inc. | 3236945 | | ECF No. 622 |
| Qiwang Gift & Crafts | 3236658 | | ECF No. 622 |
| R & J Graphics Inc | 3236626 | | ECF No. 622 |
| Regal West Corp. | 3237028 | | ECF No. 622 |
| SAA Logistics | 3236634 | | ECF No. 622 |
| SAA Logistics | 3236956 | | ECF No. 622 |

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| Scottgames, LLC | 3236894 | 210 | ECF No. 622 |
| Sega of America Inc. | 3236428 | | ECF No. 622 |
| Shenzhen Xinhua Lite Plastics Products Limited Company | 3237067 | | ECF No. 622 |
| Smuggle Your Booze | 3236645 | | ECF No. 622 |
| Store Display | 3237056 | | ECF No. 622 |
| Sun Wah Jian Xing Plastic Manufactory | 3237068 | | ECF No. 622 |
| Sunrise Party Products Company Limited | 3237073 | | ECF No. 622 |
| Suzhou Zhongsheng | 3237057 | | ECF No. 622 |
| Tai Kuen Ornament Co., Ltd | 3237058 | | ECF No. 622 |
| Taishan Dongxing | 3237077 | | ECF No. 622 |
| Trillium Customs Brokers Inc. | 3236562 | 55 | ECF No. 622 |
| Unlimited Designs By Jc | 3236623 | | ECF No. 622 |
| Vicente Fernandez, S.A. De Cv | 3237079 | | ECF No. 622 |
| Wuyi Jingjie Clothing Co., Ltd | 3236982 | | ECF No. 622 |
| Wuyi Shengji Crafts Co., Ltd. | 3237063 | | ECF No. 622 |
| Yangzhou Shunfa Arts | 3236796 | | ECF No. 622 |
| Yiwu Partyland | 3236798 | | ECF No. 622 |

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| Yusen Logistiscs (Americas) Inc | 3237085 | | ECF No. 622 |
| Zhejiang Chinabase Impex Co., Ltd | 3237076 | | ECF No. 622 |
| Zhejiang New Vision | 3237052 | | ECF No. 622 |
| Zhejiang Panan Combaal Clothing Co., Ltd. | 3237061 | | ECF No. 622 |
| Zhejiang Taizhou | 3237081 | | ECF No. 622 |
| Zhejiang Welfull | 3236977 | | ECF No. 622 |
| Zhejiang Wuyi | 3236984 | | ECF No. 622 |
| Zhuyongjun | 3237062 | | ECF No. 622 |
| Anne Mcgilvray & Co, Inc. | 3236567 | | ECF No. 623 |
| Barry Siegel | 3236569 | | ECF No. 623 |
| Bishop Sales Inc. | 3236570 | | ECF No. 623 |
| Borg Promotions | 3236571 | | ECF No. 623 |
| Brenda Fowler | 3236572 | | ECF No. 623 |
| Briggs Enterprises LLC | 3236573 | | ECF No. 623 |
| Cabrera Marketing | 3236574 | | ECF No. 623 |
| Dharram Singh | 3236575 | | ECF No. 623 |
| Dixon Costumes Inc. | 3236564 | | ECF No. 623 |
| Edward Slater | 3236578 | | ECF No. 623 |
| Harold Weingarten | 3236581 | | ECF No. 623 |

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| Ideal Product Solutions | 3236582 | | ECF No. 623 |
| Josh Babins | 3236583 | | ECF No. 623 |
| KLT, LLC | 3236584 | 93 | ECF No. 623 |
| Lisa Yerke | 3236586 | | ECF No. 623 |
| Lissa Politz | 3236587 | | ECF No. 623 |
| Louis Patenaude | 3236588 | | ECF No. 623 |
| Mainetti R2 (Shanghai) Ltd | 3236974 | | ECF No. 623 |
| Majic Touch | 3236589 | 94 | ECF No. 623 |
| Mary Anne Reider | 3236590 | | ECF No. 623 |
| Ningbo Wonderful | 3236802 | | ECF No. 623 |
| Robert Steffen | 3236594 | | ECF No. 623 |
| Ruk & Assoc.Inc. | 3236596 | | ECF No. 623 |
| Schrampfer Marketing | 3236597 | | ECF No. 623 |
| Scott Herrington | 3236598 | | ECF No. 623 |
| Scott Ritter | 3236599 | | ECF No. 623 |
| SE SALES, LLC | 3236600 | | ECF No. 623 |
| Sternberg & Company | 3236602 | | ECF No. 623 |
| Stuart Weiss | 3236604 | | ECF No. 623 |
| The Curtis Corporation | 3236605 | | ECF No. 623 |
| U.S. Toy Co., Inc. | 3236608 | | ECF No. 623 |
| Universe First Enterprise | 3237060 | | ECF No. 623 |

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| Weifang Angela Garment | 3237075 | | ECF No. 623 |
| Yichun Haolan Party | 3237070 | | ECF No. 623 |
| Yilove Industrial | 3236797 | | ECF No. 623 |
| Addams Foundation | 3236814 | | ECF No. 624 |
| CBS | 3236833 | | ECF No. 624 |
| Disney | 3236971 | | ECF No. 624 |
| Evolution USA / Tiny Build LLC | 3236845 | | ECF No. 624 |
| Hasbro | 3236853 | | ECF No. 624 |
| Lions Gate | 3236868 | | ECF No. 624 |
| Lions Gate Entertainment Inc. | | 200 | ECF No. 624 |
| Marvel | 3236817 | | ECF No. 624 |
| Mattel | 3236869 | | ECF No. 624 |
| MGM / Brandgenuity | 3236872 | | ECF No. 624 |
| Netflix | 3236968 | 127 | ECF No. 624 |
| Pinkfong USA (Smart Study Co., Ltd) | 3236878 | | ECF No. 624 |
| Sega | 3236812 | | ECF No. 624 |
| Sony | 3237083 | | ECF No. 624 |
| Toho Co., Ltd. | 3236903 | 96 | ECF No. 624 |
| Twentieth Centrury Fox | 3236906 | | ECF No. 624 |

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| Twentieth Century Fox | 3236565 | | ECF No. 624 |
| Viacom | 3236919 | | ECF No. 624 |
| Warner Bros. Consumer Products Inc. | 3236972 | 179 | ECF No. 624 |
| World Wrestling Entertainment, Inc. | 3236910 | | ECF No. 624 |
| Zag | 3236911 | | ECF No. 624 |
| Adrenal | | 162 | ECF No. 633 |
| Adrenal LLC | | 194 | ECF No. 633 |
| Amtec | 3237091 | | ECF No. 633 |
| Aptean Systems, LLC | 3237010 | | ECF No. 633 |
| Cablevision Lightpath, Inc. | 3237008 | | ECF No. 633 |
| Certified Business Syst | 3236563 | | ECF No. 633 |
| ChannelAdvisor Corporation | 3236475 | 201 | ECF No. 633 |
| CommerceHub | 3236534 | | ECF No. 633 |
| Crown Lift Trucks | 3236530 | | ECF No. 633 |
| Frontier Communications | | 131 | ECF No. 633 |
| Hatch Staffing Services Inc | 3236495 | 141 | ECF No. 633 |
| Jewel Branding & Licensing | 3236476 | | ECF No. 633 |
| Listrak Inc. | 3236470 | 41 | ECF No. 633 |
| Microsoft Online Inc | 3236450 | | ECF No. 633 |

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| Midland States Bank | 3236443 | 20 | ECF No. 633 |
| Optimum 07801-029922-01-6 | 3236756 | | ECF No. 633 |
| Optimum 07801-473229-018 | 3236757 | | ECF No. 633 |
| Optimum 07801-704255-01-3 | 3236758 | | ECF No. 633 |
| Optimum 07801707694010 | 3236759 | | ECF No. 633 |
| Optimum 07840747262023 | 3236760 | | ECF No. 633 |
| Out of the Blue Worldwide 9 Story Media | 3236424 | | ECF No. 633 |
| Pitney Bowes, Inc. 0016887918 | 3236761 | | ECF No. 633 |
| ProShip Inc | 3236484 | | ECF No. 633 |
| Ricoh USA Inc | 3236472 | | ECF No. 633 |
| Software One, Inc. | 3237016 | 65 | ECF No. 633 |
| Software One, Inc. | 3236490 | 69 | ECF No. 633 |
| Teamviewer Gmbh | 3236900 | | ECF No. 633 |
| Tension Packaging and Automation | 3236540 | | ECF No. 633 |
| TIAA Commercial Finance Inc | 3236544 | | ECF No. 633 |
| Verizon 651-505-056-0001-02 | 3236785 | | ECF No. 633 |
| Verizon 751-755-916-0001-02 | 3236787 | | ECF No. 633 |
| Verizon M56-0071645 | 3236790 | | ECF No. 633 |

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| Verizon 651-491-647-0001-27 | 3236784 | | ECF No. 633 |
| Verizon 653-041-794-0001-37 | 3236786 | | ECF No. 633 |
| Verizon 755-681-949-0001-15 | 3236788 | | ECF No. 633 |
| Verizon Communications 553-59 | 3236789 | | ECF No. 633 |
| Wells Fargo Bank, N.A. | | 132 | ECF No. 633 |
| Wells Fargo Equipment Finance | 3236519 | | ECF No. 633 |
| Wells Fargo Financial Leasing, Inc. | 3236528 | 135 | ECF No. 633 |
| Wells Fargo Vendor Financial Services, LLC | | 138 | ECF No. 633 |
| Xerox Corporation-088296744 | 3236792 | | ECF No. 633 |
| Xerox Corporation-111105425 | 3236791 | | ECF No. 633 |
| Xerox Financial Services | 3237026 | | ECF No. 633 |
| Zinkia Entertainment S.A. | 3236423 | 192 | ECF No. 633 |
| Alexis Weik Receiver of Taxes | 3236997 | | ECF No. 635 |
| City of New Berlin | 3236487 | | ECF No. 635 |
| Jeffrey P. Pravato (Receiver of the Town of Oyster Bay) | 3236803 | | ECF No. 635 |

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| Jillian Guthman (Receiver of the Town of Huntington) | 3236805 | | ECF No. 635 |
| Jillian Guthman (Receiver of the Town of Huntington) | 3236806 | | ECF No. 635 |
| Jillian Guthman (Receiver of the Town of Huntington) | 3236804 | | ECF No. 635 |
| New York State Department of Taxation and Finance | | 116 | ECF No. 635 |
| New York State Department of Taxation and Finance | | 150 | ECF No. 635 |
| Town of Islip IDA | 3236998 | | ECF No. 635 |
| Treasurer of the County of Nassau | 3236934 | | ECF No. 635 |
| California Department of Tax & Fee Administration | | 228 | ECF No. 635 |
| Colorado Department of Revenue | | 62 | ECF No. 635 |
| Department of the Treasury - Internal Revenue Service | | 33 | ECF No. 635 |
| Department of the Treasury - Internal Revenue Service | | 34 | ECF No. 635 |
| Department of the Treasury - Internal Revenue Service | | 29 | ECF No. 635 |
| Department of the Treasury - Internal Revenue Service | | 27 | ECF No. 635 |

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| Department of the Treasury - Internal Revenue Service | | 4 | ECF No. 635 |
| Department of the Treasury - Internal Revenue Service | | 28 | ECF No. 635 |
| Department of the Treasury - Internal Revenue Service | | 35 | ECF No. 635 |
| Department of Treasury - Internal Revenue Service | | 217 | ECF No. 635 |
| Department of Treasury - Internal Revenue Service | | 218 | ECF No. 635 |
| Department of Treasury - Internal Revenue Service | | 219 | ECF No. 635 |
| Department of Treasury - Internal Revenue Service | | 220 | ECF No. 635 |
| New York State Department of Taxation and Finance | | 129 | ECF No. 635 |
| New York State Department of Taxation and Finance | | 229 | ECF No. 635 |
| NYS Department of Labor | | 5 | ECF No. 635 |
| NYS Department of Labor | | 7 | ECF No. 635 |
| NYS Department of Labor | | 9 | ECF No. 635 |
| PA Department of Revenue | | 231 | ECF No. 635 |
| Tennessee Department of Revenue | | 25 | ECF No. 635 |

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| Texas Comptroller of Public Accounts | | 78 | ECF No. 635 |
| Texas Comptroller of Public Accounts | | 79 | ECF No. 635 |
| New York City Department of Finance | | 161 | ECF No. 714 |
| Adrenal, LLC | | 162, 163, 194, 221, 222, 223, 224 and 225 | ECF No. 715 |
| CQL Inc | 3236483 | | ECF No. 742 |
| Listrak Inc | 3236470 | 41 | ECF No. 742 |
| Out of the Blue Worldwide 9 Story | 3236424 | | ECF No. 742 |
| ProShip Inc | 3236484 | | ECF No. 742 |
| Ascension Logistics Inc | | 102 | ECF No. 743 |
| Ascension Logistics Inc | 3236435 | 120 | ECF No. 743 |
| Data Management Associates Inc | 3236440 | | ECF No. 743 |
| Five Star Call Centers | 3236505 | 72 | ECF No. 743 |
| Nissen Associates Staffing Continuum LLC | 3236489 | 50 | ECF No. 743 |
| WebLinc Corporation | 3236458 | 180 | ECF No. 743 |

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| Universal Studios Licensing LLC | | | ECF No. 745 |
| Arizona Department of Revenue | | 58, 230, 233 and 242 | ECF No. 746 |
| New York City Department of Finance | | 161 | ECF No. 746 |
| Ohio Department of Taxation | | 30, 31 and 32 | ECF No. 746 |
| Canon Financial Services | | 11 | ECF No. 756 |
| Cebu Philcrafters IntL | 3236913 | | ECF No. 756 |
| Chase Card Services 4246315245 | 3236716 | | ECF No. 756 |
| Chase Card Services 4388540056 | 3236717 | | ECF No. 756 |
| Chase Card Services 9912 | 3236718 | | ECF No. 756 |
| Euler Hermes Agent for Envasdo Xiomara SL | | 38 | ECF No. 756 |
| Euler Hermes Agent for NU USA Inc | | 87 | ECF No. 756 |
| Fuzhou Sherason Garment Co., Ltd. | 3236985 | | ECF No. 756 |
| Guardian Insurance Company | 3236851 | | ECF No. 756 |

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| Hk Top Sports Goods Co., Limited | 3236989 | | ECF No. 756 |
| Huge Special Printing | 3237046 | | ECF No. 756 |
| Impaq Testing | 3236856 | | ECF No. 756 |
| Jada Xiang Fiber | 3236988 | | ECF No. 756 |
| Nanjing Duomianti Imp & Export Co., Ltd | 3237055 | | ECF No. 756 |
| New York Life Insurance Co. | 3236875 | | ECF No. 756 |
| Ningbo United Group | 3236978 | | ECF No. 756 |
| Panan Yufeng Creative and Cultural Co., Ltd | 3237069 | | ECF No. 756 |
| Redfox Plastic Packaging | 3236887 | | ECF No. 756 |
| Shriro Taiwan | 3237050 | | ECF No. 756 |
| Sun Ray Garment and Accessory Co., Ltd. | 3237051 | | ECF No. 756 |
| Taizhou Oxyo Merchandising Inc. | 3236976 | | ECF No. 756 |
| The Hartford 15307231 | 3237024 | | ECF No. 756 |
| Treasurer of the County of Nassau | 3236934 | | ECF No. 756 |
| UPS Supply Chain Solutions, Inc | 3237017 | | ECF No. 756 |
| Williams Scotsman Inc. | | 56 | ECF No. 756 |

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| Wuxi Sunmart | 3236975 | | ECF No. 756 |
| Active Marketing Group, Inc. | | 207, 208, 211, 213, 214, and 215 | ECF NO. 768 |
| Adventure Media and Events LL | 3236822 | 262 | ECF No. 802 |
| American Paper & Supply Co | | 249 | ECF No. 802 |
| Bauer Pacific Imports | 3236682 | 265 | ECF No. 802 |
| Billharz Plumbing Inc | | 255 | ECF No. 802 |
| Canon Financial Services, Inc. | | 247 | ECF No. 802 |
| Digicorp Inc | | 253 | ECF No. 802 |
| Fuel Bros. Fuel Corporation | | 257 | ECF No. 802 |
| G Forte Construction Inc. | | 250 | ECF No. 802 |
| Innovative Termite & Pest Control | | 273 | ECF No. 802 |
| ITU AbsorbTech Inc. | | 254 | ECF No. 802 |
| Mayflower Distributing Co | 3236503 | 270 | ECF No. 802 |
| New York City Department of Finance | | 272 | ECF No. 802 |
| Printco Industries LLC | | 263 | ECF No. 802 |
| ProShip Inc | 3236484 | 251 | ECF No. 802 |
| Protech Powder Coatings, Inc. | 3237009 | 259 | ECF No. 802 |

| Creditor Name | Schedule No. | Proof of Claim No. | Docket Reference |
|---|---|---|---|
| Safer Holding Corp DBA Kuttner Prints Inc. | | 268 and 269 | ECF No. 802 |
| South Carolina Department of Revenue | | 261 | ECF No. 802 |
| U.S. Toy Co., Inc. | | 252 | ECF No. 802 |
| ARIZONA DEPARTMENT OF REVENUE | | 287 and 286 | ECF No. 802 |
| City of New Berlin | | 284 | ECF No. 802 |
| Deane, Dhanmattie | | 285 | ECF No. 802 |
| Mehrara, Farah | | 258 | ECF No. 802 |
| New York State Department of Taxation and Finance | | 264 | ECF No. 802 |
| NYC Department of Finance | | 271 | ECF No. 802 |
| Pittella, Alfred | | 256 | ECF No. 802 |
| PSEGLI-620 18 44605 | | 267 | ECF No. 802 |
| PSEGLI-620 18 44708 | | 266 | ECF No. 802 |
| Suzhou Zhongsheng | | 282 | ECF No. 802 |
| Tennessee Department of Revenue | | 246 | ECF No. 802 |
| The Pokémon Company International, Inc. | | 195, 276 and 280 | ECF No. 806 |
| Disguise, Inc. | | 279 and 281 | ECF No. 810 |

**Exhibit 4:**    **Holders of Allowed General Unsecured Claims That Have Not Provided Tax Information Requested by the Plan Administrator**

| Claim No | Schedule No | Claimant Name | GUC Allowed Amount |
|---|---|---|---|
| 235 | | AGENCE DU REVENU | $ 42,814.19 |
| | 3236656 | Joynice Gift & Crafts | $ 37,309.96 |
| | 3236855 | Home Depot Credit Services | $ 12,685.36 |
| | 3237097 | U.S. Logistiscs | $ 6,887.10 |
| | 3236714 | Broadview Networks 718-441-700 | $ 5,914.73 |
| 144 | | Wells Fargo Capital Finance aka Wells Fargo Bank N.A. | $ 5,726.45 |
| | 3236957 | Intertwined Technology | $ 5,153.52 |
| | 3236558 | Leader Price | $ 4,979.52 |
| 115 | | Apple One Employment Services | $ 3,525.94 |
| 155 | 3237031 | Bui Chuen Chun Mei Co., Ltd. | $ 2,903.04 |
| | 3237084 | Cortech | $ 2,870.12 |
| | 3236593 | Robert Kamin | $ 2,524.38 |
| 145 | 3236642 | New Century Goods Inc | $ 2,056.32 |
| | 3236942 | Wilmar Transportation LLC | $ 1,550.00 |
| | 3236713 | Broadview Networks 718-303-Aaa | $ 1,402.02 |
| | 3236568 | Annie Broadway LLC | $ 1,272.84 |
| | 3236892 | Sales Management Inc | $ 1,096.76 |
| | 3236916 | New York Model Management | $ 1,080.00 |
| | 3236823 | Allstate Life Insurance Co. Of | $ 1,072.04 |
| | 3236681 | Alchemy of England, Inc. | $ 1,027.48 |
| | 3236835 | Citi Cards 4212 | $ 1,022.82 |
| | 3236832 | Catherine Zubrovich | $ 1,000.00 |
| | 3236554 | Yiwu Qian Ying | $ 925.00 |

| Claim No | Schedule No | Claimant Name | GUC Allowed Amount |
|---|---|---|---|
| | 3236940 | Roslyn Limousine | $ 765.38 |
| | 3236848 | Fairfield | $ 761.70 |
| | 3236850 | Generation Model Management Inc | $ 720.00 |
| | 3236895 | Simon Cox | $ 703.92 |
| | 3236874 | National Costumers Association | $ 691.00 |
| | 3236611 | Carmen Janet Rios Diaz | $ 690.00 |
| | 3236688 | The Orb Factory Limited | $ 689.57 |
| | 3236881 | Professional Fire Service, Inc | $ 677.82 |
| | 3236690 | Melissa & Doug | $ 652.38 |
| | 3236921 | Concord Elevator Industries | $ 602.04 |
| | 3236811 | Johnson Controls Security Solutions | $ 583.86 |
| | 3236924 | Aqua Extreme | $ 566.15 |
| | 3236644 | Daly Label & Barcode | $ 547.38 |
| | 3237088 | Synic Graphics & Printing | $ 540.00 |
| | 3236810 | Johnson Controls Security Solutions | $ 534.21 |
| | 3236879 | Preferred Pump Co., Inc. | $ 502.33 |
| | 3236566 | All Systems Messenger & | $ 467.20 |
| | 3236808 | Johnson Controls Security Solutions | $ 445.42 |
| 71 | 3236905 | Toy Shippers Association, Inc. | $ 400.00 |
| | 3236890 | Royal Waste Services, Inc. | $ 387.70 |
| | 3236712 | Broadview Networks 516-338-298 | $ 352.51 |
| 124 | | Echo Global Logistics | $ 341.98 |
| | 3236603 | Stribbons Inc. | $ 330.00 |
| | 3236649 | Raymond Geddes Co Inc | $ 328.32 |
| | 3236899 | Surge Licensing | $ 315.19 |
| | 3236826 | Artek Sewing Supplies, Inc. | $ 314.08 |

| Claim No | Schedule No | Claimant Name | GUC Allowed Amount |
|---|---|---|---|
| | 3237012 | Carr Business Systems | $ 285.75 |
| | 3236657 | Palco International Ltd | $ 243.59 |
| | 3236841 | Driven, Inc. | $ 235.17 |
| | 3237041 | Gomsa Integradora | $ 200.84 |
| | 3236601 | Sprint | $ 195.09 |
| | 3236624 | Planet Media | $ 180.00 |
| | 3236847 | Facades FX Makeup Lab | $ 157.42 |
| | 3236661 | Ningbo Friend | $ 150.00 |
| | 3236809 | Johnson Controls Security Solutions | $ 146.64 |
| | 3236898 | Super Museum & Gift Store | $ 145.55 |
| | 3236640 | Debarry Packaging Inc | $ 128.97 |
| | 3237089 | UCAN Zippers | $ 128.00 |
| | 3236715 | Broadview Networks  718-850-74 | $ 122.32 |
| | 3236880 | President Industrial Products | $ 120.80 |
| | 3237015 | T-Mobile-120664664 | $ 118.88 |
| | 3236889 | Richard Security Inc. | $ 104.28 |
| | 3236659 | Givi Italia Debit Note D2001003 | $ 100.00 |
| | 3236904 | Tokidoki LLC | $ 99.38 |
| | 3236711 | At&T Mobility 512016536402 | $ 91.02 |
| | 3237098 | Dhl Express- Usa | $ 88.10 |
| | 3236885 | Quadient, Inc. | $ 85.98 |
| | 3236609 | Wex Bank | $ 85.00 |
| | 3236883 | Pure Water Partners | $ 65.12 |
| | 3236846 | Exxonmobil 7302303545820142 | $ 43.61 |
| | 3236897 | Ss&C Technologies, Inc. | $ 40.02 |
| | 3236952 | Coppola, Jeannette A | $ 31.74 |

| Claim No | Schedule No | Claimant Name | GUC Allowed Amount |
|---|---|---|---|
| | 3236607 | Think Up Designs,Inc. | $ 21.96 |
| | 3236865 | Krishna Dookhan | $ 18.50 |
| | 3236884 | QTB Services, Inc. | $ 18.00 |
| | 3236886 | Ready Refresh | $ 10.88 |
| | 3236650 | Carr Business Systems | $ 9.78 |
| | 3236870 | MCI | $ 9.20 |
| | 3237095 | Sparklett | $ 2.99 |
| | 3236576 | Diana Riggs LLC | $ 2.80 |
| | | | **Total Claims with Missing Tax Information** |
| | | | $164,197.11 |